## MOTION DOCKET

**91–2294.** State ex rel. Weiss v. Indus. Comm. In Mandamus. On motion to reconsider denial of request for oral argument. Motion denied.

**91–2332.** Krasny–Kaplan Corp. v. Flo–Tork, Inc. *Cuyahoga County,* No. 59137. On motion for leave to file *amicus* of Ohio Manufacturers' Association. Motion granted.

**91–2484.** State ex rel. Brown v. Columbus City Schools. *Franklin County,* No. 90AP–847. On motion for leave to exceed page limit. Motion denied.
SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

**92–194.** State v. Nicholas. *Warren County,* No. CA91–01–004. On motion for leave to supplement the record and to stay briefing schedule. Motion denied.
HOLMES and WRIGHT, JJ., dissent.

**92–527.** State v. Moreland. *Franklin County,* No. 91AP–742. On motions for leave to amend memorandum and to file instanter. Motions granted.